**Order filed, August 12, 2014.**



In The

# Fourteenth Court of Appeals

———————

**NO. 14-14-00535-CR**

———————

**LAURO GRIMALDO RINCON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Court Cause No. 13-02-01982 CR**

---

## ORDER

The reporter's record in this case was due **July 30, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Rebecca Lewis**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM